■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH VEGA, Appellant. [902 NYS2d 483]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered August 28, 2008. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Centra, J.P., Fahey, Peradotto, Lindley and Pine, JJ.